

# United States District Court
# Eastern District of California

| B.P., a minor, | | Case Number: | 2:24-cv-0304 DB |

Plaintiff(s)

V.

Beech-Nut Nutrition Company, et al

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mary C. Raybon hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: B.P., a minor, represented by his mother and Guardian ad Litem, Miriam Alvarez,

On 09/25/2020 (date), I was admitted to practice and presently in good standing in the Supreme Court of Alabama (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/23/2024           Signature of Applicant: /s/ Mary C. Raybon

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mary C. Raybon |
| Law Firm Name: | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| Address: | P.O. Box 4160 |
| City: | Montgomery    State: AL    Zip: 36103 |
| Phone Number w/Area Code: | (334) 269-2343 |
| City and State of Residence: | Montgomery, Alabama |
| Primary E-mail Address: | mary.raybon@beasleyallen.com |
| Secondary E-mail Address: | tabitha.sharp@beasleyallen.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Steven J. Brady, Esq. |
| Law Firm Name: | Brady Law Group |
| Address: | 1015 Irwin Street, Suite A |
| City: | San Rafael    State: CA    Zip: 94901 |
| Phone Number w/Area Code: | (415) 459-7300    Bar #: 116651 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 01/26/2024

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

# Alabama State Bar



415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

*STATE OF ALABAMA*
*COUNTY OF MONTGOMERY*

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify **Mary Cameron Raybon** has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that **Mary Cameron Raybon** was admitted to the Alabama State Bar on September 25, 2020.

I further certify that said **Mary Cameron Raybon** is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2024.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on January 10, 2024.

_____
Terri B. Lovell, Secretary



# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that __Mary Raybon__ was duly and legally admitted to practice law by the Supreme Court of Alabama on __September 25, 2020__ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on __January 5, 2024__ with the seal of the Supreme Court of Alabama attached.



*Megan B. Rhodebeck*
*Megan B. Rhodebeck*
*Clerk of the Supreme Court of Alabama*